IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ARTURO GARCIA RAMON,**  :<br>  :<br>  **Petitioner,**  :<br>  :<br>v.  :<br>  :<br>**Warden, IRWIN COUNTY DETENTION**  :<br>**CENTER,** *et al.***,**  :<br>  :<br>  **Respondents.**  :<br>  : | **CASE NO:**<br>**7:26-cv-23—WLS-AGH** |

### ORDER

Presently before the Court is Petitioner's notice of voluntary dismissal (Doc. 4) ("Notice") filed January 22, 2026. Therein, Petitioner notifies the Court that venue is not proper in this Court; and therefore, Petitioner voluntarily dismisses this action, without prejudice.[1]

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "[T]he [Petitioner] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" None of the Respondents have filed an answer or motion for summary judgment in this matter.

Accordingly, for the purpose of completing the record, the Court acknowledges and **CONFIRMS** Petitioner's Notice. The above-captioned action is **DISMISSED, WITHOUT PREJUDICE**, as to all Respondents. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 28th day of January 2026.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] Upon review, the Court notes that according to the Petition for Writ of Habeas Corpus (Doc. 1), Petitioner is incarcerated at Irwin County Detention Center, which is in fact in the Valdosta Division, though Petitioner states Columbus is the proper division. Based on the information in the Petition, venue was correct in the Valdosta Division at the time the Petition was filed. Petitioner's Notice does not indicate the reason venue is incorrect in this Division. But for Petitioner's notice of voluntary dismissal, even if filed in the incorrect division, this case could have been transferred to the correct division upon the filing of a motion with sufficient information to show venue is correct in such other division.