IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ARTURO GARCIA RAMON, | * |
| Petitioner, | * |
| v. | Case No. 7:26-cv-23 (WLS-AGH) |
| | * |
| Warden, IRWIN COUNTY DETENTION CENTER, et al., | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk